

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00066-CV

| | | |
|---|---|---|
| IN THE GUARDIANSHIP OF HANNAH CHRISTINA MARIE TILTON, AN INCAPACITATED PERSON | § | On Appeal from Probate Court No. 2 |
| | § | of Tarrant County (2021-GD00186-2) |
| | § | March 21, 2024 |
| | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM